# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SSN HOTEL MANAGEMENT, LLC, *et al.*,<br>*Plaintiffs,* | : | CIVIL ACTION |
| v. | : | |
| THE HARTFORD MUTUAL INS. CO.,<br>*Defendants.* | : | NO. 20-6228 |

## ORDER

**AND NOW**, this 8th day of March, 2021, Plaintiffs having filed an Amended Complaint (ECF No. 10), it is hereby **ORDERED** that Defendant's Motion to Dismiss (ECF No. 9) is **DENIED as moot**. Defendants shall file an Answer or otherwise plead to Plaintiffs' Amended Complaint (ECF No 10) on or before March 26, 2021.

/s/ Chad F. Kenney
_____
**KENNEY, J.**