# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SSN HOTEL MANAGEMENT, LLC, *et al.*, *Plaintiffs*, | : : : | CIVIL ACTION |
| v. | : : | No. 20-6228 |
| THE HARFORD MUTUAL INS. CO., *Defendant*. | : : : | |

## ORDER

AND NOW, this 8th day of April 2021, upon consideration of Defendant's Motion to Dismiss (ECF No. 14), Plaintiffs' Response in Opposition (ECF No. 15), and Defendant's Reply (ECF No. 16), it is hereby ORDERED that Defendant's Motion (ECF No. 14) is GRANTED.

It is FURTHER ORDERED that Plaintiffs' Amended Complaint (ECF No. 10) is DISMISSED with prejudice. The Clerk of Court is directed to close this matter.

BY THE COURT

/s/ Chad F. Kenney
_____
CHAD F. KENNEY, JUDGE