# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 21-1921

SSN Hotel Management LLC, et al v. Harford Mutual Insurance Co

(U.S. District Court No.: 2-20-cv-06228)

## ORDER

By Clerk Order entered February 16, 2022, Appellants were directed to have new counsel enter an appearance immediately as a corporation, partnership, or other artificial entity may appear and be represented in this Court only by a licensed attorney who is also a member of this Court's bar. See Simbraw v. United States, 367 F.2d 373 (3d Cir. 1966).

Accordingly, pursuant to Fed. R. App. P. 3(a)(2) and 3rd Cir. LAR Misc. 107.2(a), it is

ORDERED that the above-captioned case is hereby dismissed for failure to timely prosecute insofar as appellant failed to have new counsel enter an appearance. It is

FURTHER ORDERED that a certified copy of this order be issued forthwith as the in lieu of a formal mandate. In light of this dismissal, no action will be taken on Appellee's motion to lift stay and dismiss appeal.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: March 15, 2022
CJG/cc:  Ms. Kate Barkman,
         Gregory C. Kunkle, Esq.
         Michael R. Manara, Esq.

A True Copy:

*Patricia A. Dodszuweit*

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate

SSN Hotel Management LLC